|   |   |
|---|---|
| 1 | FRANKLIN B. GOWDY (SBN 47918) |
|   | MICHAEL J. LAWSON (SBN 66547) |
| 2 | JOSEPH E. FLOREN (SBN 168292) |
|   | BENJAMIN P. SMITH (SBN 197551) |
| 3 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
|   | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |
|   | E-mail: fgowdy@morganlewis.com |
| 6 | michael.lawson@morganlewis.com |
|   | jfloren@morganlewis.com |
| 7 | bpsmith@morganlewis.com |

8  Attorneys for Defendant KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION, EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., STEPHEN P. KAUFMAN, JOHN H. KISPERT, KENNETH LEVY, KENNETH L. SCHROEDER, JON D. TOMPKINS and LIDA URBANEK,<br><br>Defendants. | Case No. C 06-4065 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CLASS ACTION COMPLAINT, ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S), AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER EXT DEFTS'
TIME TO RESP TO CLASS ACTION
CMPLT, EST SCHED, AND CONT INIT CMC     1     USDC Case No. C 06-4065 MJJ
1-SF/7391264.2

1  WHEREAS, Plaintiff Robert L. Garber, on behalf of himself and all others similarly

2  situated, filed a securities class action complaint on or about June 29, 2006;

3  WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines

4  in this case scheduled an Initial Case Management Conference for October 3, 2006;

5  WHEREAS, Plaintiff served a summons and copy of the complaint on Defendant KLA-

6  Tencor Corporation on or about July 11, 2006;

7  WHEREAS, Plaintiff anticipates that additional plaintiffs will seek to join this action

8  and/or will file separate class actions asserting substantially the same claims against substantially

9  the same defendants named in this action and that these actions will be consolidated before this

10 Court and an amended consolidated complaint filed;

11 WHEREAS, Plaintiff and his counsel intend to file a motion to be appointed lead plaintiff,

12 and lead plaintiff's counsel, respectively, pursuant to the Private Securities Litigation Reform

13 Act;

14 WHEREAS, Defendants have requested an extension of time to respond to the class

15 action complaint until a reasonable time after motions for consolidation and appointment of a lead

16 plaintiff are decided;

17 WHEREAS, Defendants intend to file motion(s) pursuant to Federal Rule of Civil

18 Procedure 12 and the Private Securities Litigation Reform Act in response to the complaint or any

19 consolidated complaint;

20 WHEREAS, Local Rule 16-2(e) requires Court approval of any stipulation to vary the

21 date of a Case Management Conference;

22 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

23 the undersigned counsel for Plaintiff and Defendant KLA-Tencor Corporation, as follows:

24 1. The time for all defendants to respond to the complaint shall be extended until

25 thirty (30) days after the Court's ruling appointing a lead plaintiff and lead plaintiff's counsel. If

26 an amended and/or consolidated complaint is thereafter filed, then defendants' response to the

27 complaint shall be due thirty (30) days after the service of such amended and/or consolidated

28 complaint. Plaintiff agrees not to treat any failure to respond by any defendant before this time as

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER EXT DEFTS'
TIME TO RESP TO CLASS ACTION
CMPLT, EST SCHED, AND CONT INIT CMC        2                               USDC Case No. C 06-4065 MJJ
1-SF/7391264.2

a default.

2. Once defendants respond to the complaint by filing Rule 12 motion(s), Plaintiff will have 30 calendar days to file and serve any opposition to the motion(s) and defendants will have 15 calendar days to file and serve any reply briefs in further support of the motion(s). The hearing date for the Rule 12 motion(s) will be determined by the Court.

3. The Initial Case Management Conference currently set for October 3, 2006 will be continued to the date to be set by the Court approximately 30 days after the hearing on the Rule 12 motion(s). All other deadlines set forth in the Order Setting Initial Case Management Conference and ADR deadlines are continued accordingly.

Dated: July _____, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                 By _____
                                    Joseph E. Floren
                                    Attorneys for Defendant KLA-Tencor
                                    Corporation

Dated: July _____, 2006          GREEN WELLING LLP

                                 By _____
                                    Robert S. Green

                                    Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

1. The time for all defendants to respond to the complaint shall be extended until thirty (30) days after the Court's ruling appointing a lead plaintiff and lead plaintiff's counsel. If an amended and/or consolidated complaint is thereafter filed, then defendants' response to the complaint shall be due thirty (30) days after the service of such amended and/or consolidated complaint.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER EXT DEFTS'
TIME TO RESP TO CLASS ACTION
CMPLT, EST SCHED, AND CONT INIT CMC          3          USDC Case No. C 06-4065 MJJ
1-SF/7391264.2

1      2. After the filing of defendants' responsive motion(s), Plaintiff will have 30 calendar days to file and serve any opposition to the motion(s) and defendants will have 15 calendar days to file and serve any reply briefs in further support of the motion(s).

    3. The Initial Case Management Conference scheduled in this action for October 3, 2006 is continued to the date to be set by the Court approximately 30 days after the hearing on the defendants' responsive motion(s). All other deadlines set forth in the Order Setting Initial Case Management Conference and ADR deadlines are continued accordingly.

Dated: July __31__, 2006         By _____
                                                              Hon. Martin J. Jenkins
                                                               United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER EXT DEFTS'
TIME TO RESP TO CLASS ACTION
CMPLT, EST SCHED, AND CONT INIT CMC      4      USDC Case No. C 06-4065 MJJ
1-SF/7391264.2