Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Christopher T. Heffelfinger (SBN 118058)
Email: cheffelfinger@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Lesley Ann Hale (SBN 237726)
Email: lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Plaintiffs' Executive Committee and Liaison Counsel

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT L. GARBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION, EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., JEFFREY HALL, STEPHEN P. KAUFMAN, JOHN H. KISPERT, KENNETH LEVY, KENNETH L. SCHROEDER, JON D. TOMKINS and LIDA URBANEK,<br><br>Defendants. | NO. 06-CV-04065-MJJ<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT, ESTABLISHING BRIEFING SCHEDULE FOR RESPONSIVE MOTION(S) AND VACATING CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT - 1 -

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT and LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Themselves and All Others Similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION, EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., JEFFREY HALL, STEPHEN P. KAUFMAN, JOHN H. KISPERT, KENNETH LEVY, KENNETH L. SCHROEDER, JON D. TOMKINS and LIDA URBANEK,<br>                 Defendants. | NO. 06-CV-04709-MHP |
| STANLEY D. SPILMAN, on behalf of himself and all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION, EDWARD W. BARNHOLT, H. RAYMOND BINGHAM, ROBERT T. BOND, RICHARD J. ELKUS, JR., JEFFREY HALL, STEPHEN P. KAUFMAN, JOHN H. KISPERT, KENNETH LEVY, KENNETH L. SCHROEDER, JON D. TOMKINS and LIDA URBANEK,<br>                 Defendants. | NO. 06-CV-05225-WHA |

Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS") (formerly known as the Policemen and Firemen Retirement System of the City of Detroit), the Louisiana Municipal Police Employees' Retirement System ("MPERS") and The City of Philadelphia Board of Pensions and Retirement ("City of Philadelphia"), and defendants KLA-Tencor Corporation "KLA-Tencor"), Edward W. Barnholt, H. Raymond Bingham, Robert T.

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT - 2 -

1 Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, John H. Kispert, Kenneth Levy,
2 Kenneth L. Schroeder, Jon D. Tompkins and Lida Urbanek ("Defendants"), by and through their
3 respective counsel hereby recite and stipulate, subject to court approval, as follows concerning
4 modification of the briefing schedule:

## RECITALS

6 WHEREAS Plaintiff Robert L. Garber, on behalf of himself and all others similarly
7 situated, filed a securities class action complaint on or about June 29, 2006;

8 WHEREAS the Court issued an Order Setting Initial Case Management Conference and
9 ADR Deadlines in this case, scheduling an Initial Case Management Conference for October 3,
10 2006, and setting related deadlines;

11 WHEREAS, on August 28, 2006, four different groups of investors filed motions for
12 appointment as lead plaintiffs in this action and appointment of their counsel as lead counsel
13 pursuant to 15 U.S.C. § 78u-4(a)(3)(B): (i) PFRS and MPERS; (ii) The City of Philadelphia; (iii)
14 individual Stephen Davidson; and (iv) individual Stanley D. Spilman;

15 WHEREAS, on October 13, 2006, the Court entered an order consolidating the related
16 class action complaints and appointing PFRS, MPERS and the City of Philadelphia as Lead
17 Plaintiffs and Berman DeValerio Pease Tabacco Burt & Pucillo, Kohn, Swift & Graf. P.C.,
18 Berger & Montague, P.C. and Trujillo Rodriguez & Richards LLC as members of an executive
19 committee representing the class, with Berman DeValerio also acting as Liaison Counsel;

20 WHEREAS Lead Plaintiffs intend to file a consolidated class action complaint
21 ("Consolidated Complaint");

22 WHEREAS Defendants intend to file motion(s) pursuant to Federal Rule of Civil
23 Procedure 12 in response to the Consolidated Complaint;

24 WHEREAS, prior to the appointment of Lead Plaintiffs and Lead Counsel, the individual
25 plaintiffs in this action agreed to a briefing schedule with defense counsel;

26 WHEREAS, subject to Court approval, the parties have agreed that Lead Plaintiffs may
27 file and serve the Consolidated Complaint on or before December 12, 2006; that Defendants

28 [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION
COMPLAINT                                                                  - 3 -

1  shall file and serve their responsive pleading(s) or motion(s) within 45 days after the filing of the Consolidated Complaint; that Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days after the filing of any such motion(s); and that Defendants shall file and serve their reply brief(s) within 15 days after the filing of the opposition brief(s).

WHEREAS, in light of KLA-Tencor's announcement on October 16, 2006, that it intends to restate its financial statements in connection with the matters at issue in this action, and because such restatement will not likely occur prior to December 12, 2006, Lead Counsel has informed counsel for Defendants that Lead Plaintiffs reserve their right to amend the Consolidated Complaint within thirty (30) days following a release of the restatement by KLA-Tencor. In an effort to avoid unnecessary briefing and burden on the Court and the parties, both Lead Counsel and Counsel for Defendants have discussed that they will confer with each other immediately prior to Lead Plaintiffs filing their Consolidated Complaint for the purpose of determining if there is, at that time, a reasonably certain date by when KLA-Tencor anticipates filing its restated financial statements and, whether in light of that date, it makes sense to enter into a further scheduling stipulation subject to approval by the Court.

**STIPULATION**

Now, therefore, the parties agree and stipulate as follows subject to Court approval:

1. Every pleading in this Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. 06-cv-04065-MJJ |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | [TITLE OF DOCUMENT] |

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT

- 4 -

2. The last day for Lead Plaintiffs to file and serve the consolidated class action complaint is December 12, 2006.

3. Defendants need not respond to the complaints currently on file. Defendants shall file and serve their responsive pleading(s) or motions within 45 days after the filing of the consolidated class action complaint.

4. Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days after the filing of Defendants' responsive pleading(s) or motions.

5. Defendants shall file and serve their reply briefs within 15 (fifteen) days after the filing of Lead Plaintiffs opposition brief(s).

6. Once the Court rules upon the motion to dismiss, the parties shall ask the Court to set a new date for the Case Management Conference. Accordingly, the Court's July 28, 2006 scheduling order is hereby vacated pending further order of the Court.

DATED: November 15, 2006

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By: /s/ Lesley Ann Hale
LESLEY ANN HALE

Joseph J. Tabacco, Jr.
Nicole Lavallee
Christopher T. Heffelfinger
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Member of Plaintiffs' Executive Committee and Liaison Counsel**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT - 5 -

|  |  |
|---|---|
| 1 | **BERGER & MONTAGUE, P.C.** |
| 2 | Sherrie R. Savett<br>Douglas M. Risen |
| 3 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| 4 | Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604 |
| 5 | Email: ssavett@bm.net<br>Email: drisen@bm.net |
| 6 | **TRUJILLO RODRIGUEZ** |
| 7 | **& RICHARDS LLC**<br>Kenneth I. Trujillo |
| 8 | Ira Neil Richards<br>Kathryn C. Harr |
| 9 | 1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103 |
| 10 | Telephone: (215) 731-9004<br>Facsimile: (215) 731-9044 |
| 11 | Email: KITrujillo@trrlaw.com<br>Email: ira@trrlaw.com |
| 12 | Email: kharr@trrlaw.com |
| 13 | **Members of Plaintiffs' Executive Committee** |
| 14 | **E-Filing Attestation** |
| 15 | I, Lesley Ann Hale, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing. |
| 16 | |
| 17 | DATED: November 15, 2006     **MORGAN, LEWIS & BOCKIUS LLP** |
| 18 | By: _____/s/_____ |
| 19 | Joseph E. Floren |
| 20 | Joseph E. Floren<br>Franklin B. Gowdy |
| 21 | Michael J. Lawson<br>One Market, Spear Street Tower |
| 22 | San Francisco, CA 94105-1126<br>Telephone: (415) 442-1000 |
| 23 | Facsimile: (415) 442-1001<br>Email: jfloren@morganlewis.com |
| 24 | Email: fgowdy@morganlewis.com<br>Email: Michael.lawson@morganlewis.com |
| 25 | **Attorneys for Defendants KLA-Tencor** |
| 26 | **Corporation, Edward W. Barnholt, H.**<br>**Raymond Bingham, Robert T. Bond, Richard** |
| 27 | **J. Elkus, Jr., Jeffrey Hall, Stephen P.**<br>**Kaufman, John H. Kispert and Lida Urbanek** |
| 28 | [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING<br>DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION<br>COMPLAINT                                                                                  - 6 - |

| | | |
|---|---|---|
| 1 | DATED: November ___, 2006 | **HELLER EHRMAN LLP** |
| 2 | | |
| 3 | | By: _____/s/_____<br>Michael J. Shepard |
| 4 | | Warrington S. Parker, III |
| 5 | | 333 Bush Street<br>San Francisco, CA 94104 |
| 6 | | Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268 |
| 7 | | Email: michael.shepard@hellerehrman.com<br>Email: warrington.parker@ hellerehrman.com |
| 8 | | **Attorneys for Defendant Jon D. Tompkins** |
| 9 | DATED: November ___, 2006 | **DLA PIPER US LLP** |
| 10 | | |
| 11 | | By: _____/s/_____<br>David A. Priebe |
| 12 | | 2000 University Avenue |
| 13 | | East Palo Alto, California 94303<br>Telephone: (650) 833-2056 |
| 14 | | Facsimile : (650) 833-2001<br>Email: david.priebe@dlapiper.com |
| 15 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 16 | DATED: November ___, 2006 | **SHEARMAN & STERLING LLP** |
| 17 | | |
| 18 | | By: _____/s/_____<br>Jeffrey S. Facter |
| 19 | | Patrick D. Robbins |
| 20 | | Alicia G. Huffman<br>525 Market Street, Suite 1500 |
| 21 | | San Francisco, CA 94105<br>Telephone: (415) 616-1100 |
| 22 | | Facsimile: (415) 616-1199<br>Email: jfacter@shearman.com |
| 23 | | Email: probbins@shearman.com<br>Email: ahuffman@shearman.com |
| 24 | | **Attorneys for Defendant Kenneth Levy** |

28  [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION
COMPLAINT                                                                                          - 7 -

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

3  1. Lead Plaintiffs shall file and serve the consolidated class action complaint on or before December 12, 2006.

2. Defendants need not respond to the complaints currently on file. Defendants shall file and serve their responsive pleading(s) or motions within 45 days of the filing of the consolidated class action complaint.

3. Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days of the filing of Defendants' responsive pleading(s) or motions.

4. Defendants shall file and serve their reply briefs within 15 days of the filing of Lead Plaintiffs opposition brief(s).

5. The Court's July 28, 2006 order is hereby vacated. ~~Once the Court rules upon the Rule 12 motion(s), the parties shall request that the Court set a date for the Case Management Conference~~. (See * below)

DATED: November 27, 2006

_____
United States District Judge

\* Case Management Conference rescheduled for Tuesday, May 15, 2007 at 2:00 p.m. Joint Case Management Conference Statement due 10 days prior to hearing.

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO CONSOLIDATED CLASS ACTION COMPLAINT

- 8 -