Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Christopher T. Heffelfinger (SBN 118058)
Email: cheffelfinger@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Lesley Ann Hale (SBN 237726)
Email: lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Plaintiffs' Executive Committee and Liaison Counsel

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. 06-cv-04065-MJJ |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT UNTIL RESTATEMENT IS ISSUED AND SETTING BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS |

Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS") (formerly known as the Policemen and Firemen Retirement System of the City of Detroit), the Louisiana Municipal Police Employees' Retirement System ("MPERS") and The City of Philadelphia Board of Pensions and Retirement ("City of Philadelphia"), and defendants KLA-Tencor Corporation ("KLA-Tencor" or "the Company"), Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, John H. Kispert, Kenneth Levy, Kenneth L. Schroeder, Jon D. Tompkins and Lida Urbanek ("Defendants"), by and

1 through their respective counsel hereby recite and stipulate, subject to court approval, as follows
2 concerning modification of the briefing schedule:

3 **RECITALS**

4 WHEREAS, on November 15, 2006, the parties agreed to a stipulation providing for the
5 filing of the consolidated class action complaint ("Consolidated Complaint") and setting a briefing
6 schedule on the motion(s) to dismiss;

7 WHEREAS the Court entered an order on November 29, 2006, approving the parties'
8 stipulation;

9 WHEREAS the parties' stipulation provided that the Consolidated Complaint would be due
10 on December 12, 2006, but that the parties would confer before that date regarding the anticipated
11 date of KLA-Tencor's pending restatement of its past financial statements to decide whether the
12 Consolidated Complaint should be filed on a reasonable date after the restatement;

13 WHEREAS the parties have conferred and the Company's counsel has relayed that the
14 Company anticipates completing the restatement of its past financial statements in or about January
15 2007; and

16 WHEREAS Plaintiffs believe that any complaint filed on December 12, 2006 would
17 thereafter have to be amended to reflect the Company's forthcoming restatement; and

18 WHEREAS the parties agree that it is prudent and will promote efficiency in this action to
19 continue the date of the filing of the Consolidated Complaint until shortly after the filing of the
20 restatement to avoid unnecessary work preparing a complaint and briefing a motion to dismiss that
21 complaint, when the complaint inevitably will be amended.

22 **STIPULATION**

23 Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

24 1. Co-Lead Plaintiffs shall file and serve the Consolidated Complaint by the earlier of:
25 (1) 21 days after the Company files its restated financial results with the Securities and Exchange
26 Commission; or (2) March 15, 2007.

27

28

[06-CV-04065-MJJ] STIPULATION AND [░░░░░░░░░] ORDER RE
CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO
DISMISS - 2 -

2. Defendants shall file and serve their responsive pleading(s) or motions within 45 days after the filing of the Consolidated Complaint.

3. Co-Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days after the filing of Defendants' responsive pleading(s) or motions.

4. Defendants shall file and serve their reply briefs within 15 (fifteen) days after the filing of Co-Lead Plaintiffs opposition brief(s).

DATED: December 8, 2006

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Nicole Lavallee
      NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Lesley Hale
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Plaintiffs' Executive Committee and Liaison Counsel**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS   - 3 -

|   |   |   |
|---|---|---|
| 1 | | **TRUJILLO RODRIGUEZ & RICHARDS LLC** |
| 2 | | Kenneth I. Trujillo |
|   | | Ira Neil Richards |
|   | | Kathryn C. Harr |
| 3 | | 1717 Arch Street, Suite 3838 |
|   | | Philadelphia, PA  19103 |
| 4 | | Telephone: (215) 731-9004 |
|   | | Facsimile:  (215) 731-9044 |
| 5 | | Email: KITrujillo@trrlaw.com |
|   | | Email: ira@trrlaw.com |
| 6 | | Email: kharr@trrlaw.com |

**Plaintiffs' Executive Committee**

<u>**E-Filing Attestatation**</u>

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: December 8, 2006　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Joseph E. Floren

　　　　　　　　　　　　　　　　　　Joseph E. Floren
　　　　　　　　　　　　　　　　　　Franklin B. Gowdy
　　　　　　　　　　　　　　　　　　Michael J. Lawson
　　　　　　　　　　　　　　　　　　One Market, Spear Street Tower
　　　　　　　　　　　　　　　　　　San Francisco, CA  94105-1126
　　　　　　　　　　　　　　　　　　Telephone: (415) 442-1000
　　　　　　　　　　　　　　　　　　Facsimile: (415) 442-1001
　　　　　　　　　　　　　　　　　　Email: jfloren@morganlewis.com
　　　　　　　　　　　　　　　　　　Email: fgowdy@morganlewis.com
　　　　　　　　　　　　　　　　　　Email: Michael.lawson@morganlewis.com

**Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman and Lida Urbanek**

DATED: December 8, 2006     **HELLER EHRMAN LLP**

By:    /s/
       Michael J. Shepard

Warrington S. Parker, III
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com
Email: warrington.parker@ hellerehrman.com

**Attorneys for Defendant Jon D. Tompkins**

DATED: December 8, 2006     **DLA PIPER US LLP**

By:    /s/
       David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001
Email: david.priebe@dlapiper.com

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: December 8, 2006     **SHEARMAN & STERLING LLP**

By:    /s/
       Jeffrey S. Facter

Patrick D. Robbins
Alicia G. Huffman
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
Email: probbins@shearman.com
Email: ahuffman@shearman.com

**Attorneys for Defendant Kenneth Levy**

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO
DISMISS     - 5 -

DATED: December 8, 2006          **MORRISON & FOERSTER**

By: _____/s/_____
      Craig D. Martin

K.C. Allan Waldron
425 Market Street
San Francisco, CA 94104
Telephone: (415) 268-7000
Facsimile: (415) 238-7522
Email: cmartin@mofo.com
Email: kwaldron@mofo.com

**Attorneys for Defendant John H. Kispert**

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. Co-Lead Plaintiffs shall file and serve the Consolidated Complaint by the earlier of: (1) 21 days after the Company files its restated financial results with the Securities and Exchange Commission; or (2) March 15, 2007.

2. Defendants shall file and serve their responsive pleading(s) or motions within 45 days of the filing of the consolidated class action complaint.

3. Co-Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days of the filing of Defendants' responsive pleading(s) or motions.

4. Defendants shall file and serve their reply briefs within 15 days of the filing of Co-Lead Plaintiffs opposition brief(s).

DATED: __12/11/2006__

_____
United States District Judge

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO
DISMISS      - 6 -