1   Joseph J. Tabacco, Jr. (SBN 75484)
    Email: jtabacco@bermanesq.com
2   Christopher T. Heffelfinger (SBN 118058)
    Email: cheffelfinger@bermanesq.com
3   Nicole Lavallee (SBN 165755)
    Email: nlavallee@bermanesq.com
4   Lesley Ann Hale (SBN 237726)
    Email: lhale@bermanesq.com
5   **BERMAN DeVALERIO PEASE TABACCO**
    **BURT & PUCILLO**
6   425 California Street, Suite 2100
    San Francisco, CA  94104
7   Telephone: (415) 433-3200
    Facsimile:  (415) 433-6382
8
9   Plaintiffs' Executive Committee and Liaison Counsel

10  [Additional counsel appear on signature page]

11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15  IN RE KLA-TENCOR CORP. SECURITIES     )  Master File No. 06-cv-04065-MJJ
    LITIGATION                            )
16                                        )  <u>CLASS ACTION</u>
                                          )
17  _____      )  **STIPULATION AND [PROPOSED]**
                                          )  **ORDER EXTENDING TIME TO FILE**
18  THIS DOCUMENT RELATES TO:             )  **CONSOLIDATED CLASS ACTION**
    ALL ACTIONS                           )  **COMPLAINT AND SETTING BRIEFING**
19                                        )  **SCHEDULE FOR RESPONSIVE**
                                          )  **MOTIONS**
20                                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23

24          Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS")

25  (formerly known as the Policemen and Firemen Retirement System of the City of Detroit), the

26  Louisiana Municipal Police Employees' Retirement System ("MPERS") and The City of

27

28  [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
    CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

                                                                              1

1
2
3
4
5
6

Philadelphia Board of Pensions and Retirement ("CPBPR"), and defendants KLA-Tencor Corporation ("KLA-Tencor" or "the Company"), Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, John H. Kispert, Kenneth Levy, Kenneth L. Schroeder, Jon D. Tompkins and Lida Urbanek ("Defendants"), by and through their respective counsel hereby recite and stipulate, subject to court approval, as follows concerning modification of the briefing schedule:

7

**RECITALS**

8
9
10

WHEREAS, on December 8, 2006, the parties agreed to a stipulation providing for the filing of the consolidated class action complaint ("Consolidated Complaint") 21 days after the Company filed its restatement and setting a briefing schedule on the motion(s) to dismiss;

11
12

WHEREAS the Court entered an order on December 13, 2006, approving the parties' stipulation;

13
14
15
16
17
18

WHEREAS, on January 29, 2007, the Company issued its annual report on Form 10-K for the period ended June 30, 2006 ("2006 Form 10-K") wherein it restated its previously filed financial statements for fiscal years ending June 30, 2005 and 2004 and selected consolidated financial data for fiscal years ending June 30, 2005, 2004, 2003 and 2002.  The 2006 Form 10-K is 170 pages in length.

19
20

WHEREAS because of the complexity of the restatement, Co-Lead Plaintiffs request an extension of 14 days to file the Consolidated Complaint.

21
22

WHEREAS defendants agree to Co-Lead Plaintiffs' request for an extension and, for resulting scheduling reasons, request 21 days instead of 15 days to file their reply.

23
24
25
26

WHEREAS, subject to court approval, the parties have agreed that Co-Lead Plaintiffs may file and serve the Consolidated Complaint on March 6, 2007; that Defendants may file and serve their responsive pleading(s) or motion(s) within 45 days of the filing of the Consolidated Complaint or no later than April 20, 2007; that Co-Lead Plaintiff shall file serve its opposition

27
28

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

2

1  brief(s) to any such motion(s) within 45 days after the filing of Defendants' responsive pleadings

2  or no later than June 4, 2007; and that Defendants shall file and serve their reply brief(s) within 21

3  days after the filing of Co-Lead Plaintiffs' opposition brief(s) or no later than June 25, 2007.

4                                          **STIPULATION**

5          Now, therefore, the parties agree and stipulate, subject to Court approval, as follows:

6          1.      Co-Lead Plaintiffs shall file and serve the Consolidated Complaint no later than

7  March 6, 2007.

8          2.      Defendants shall file and serve their responsive pleading(s) or motions within 45

9  days after the filing of the Consolidated Complaint or no later than April 20, 2007.

10         3.      Co-Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days after

11  the filing of Defendants' responsive pleading(s) or motions or no later than June 4, 2007.

12         4.      Defendants shall file and serve their reply briefs within 21 days after the filing of

13  Co-Lead Plaintiffs' opposition brief(s) or no later than June 25, 2007.

14

15  DATED: February 12, 2007                 **BERMAN DEVALERIO PEASE TABACCO
                                            BURT & PUCILLO**

16

17

18                                          By:    /s/ Nicole Lavallee
                                                   NICOLE LAVALLEE

19                                          Joseph J. Tabacco, Jr.

20                                          Christopher T. Heffelfinger
                                            Lesley Hale

21                                          425 California Street,  Suite 2100
                                            San Francisco, CA  94104-2205

22                                          Telephone: (415) 433-3200
                                            Facsimile:  (415) 433-6382

23                                          **Plaintiffs' Executive Committee and Liaison
                                            Counsel**

24
                                            **KOHN, SWIFT & GRAF, P.C.**
25                                          Denis F. Sheils
                                            Joseph C. Kohn
26                                          William E. Hoese
                                            One South Broad Street, Suite 2100

27

28  [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
    CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

                                                                                                3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Philadelphia, PA  19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

**TRUJILLO RODRIGUEZ & RICHARDS LLC**
Kenneth I. Trujillo
Ira Neil Richards
Kathryn C. Harr
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone: (215) 731-9004
Facsimile:  (215) 731-9044
Email: KITrujillo@trrlaw.com
Email: ira@trrlaw.com
Email: kharr@trrlaw.com

**Plaintiffs' Executive Committee**

**E-Filing Attestatation**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: February 12, 2007          **MORGAN, LEWIS & BOCKIUS LLP**


By:  _____/s/_____
          Joseph E. Floren

Joseph E. Floren
Franklin B. Gowdy
Michael J. Lawson
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: jfloren@morganlewis.com

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

4

Email: fgowdy@morganlewis.com
Email: Michael.lawson@morganlewis.com

**Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman and Lida Urbanek**

DATED: February 12, 2007          **HELLER EHRMAN LLP**


By: _____/s/_____
         Michael J. Shepard

Warrington S. Parker, III
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com
Email: warrington.parker@ hellerehrman.com

**Attorneys for Defendant Jon D. Tompkins**


DATED: February 12, 2007          **DLA PIPER US LLP**


By: _____/s/_____
         David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001
Email: david.priebe@dlapiper.com

**Attorneys for Defendant Kenneth L. Schroeder**


DATED: February 12, 2007          **SHEARMAN & STERLING LLP**


By: _____/s/_____
         Jeffrey S. Facter

Patrick D. Robbins
Alicia G. Huffman
525 Market Street, Suite 1500
San Francisco, CA 94105

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

1

2

3

Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
Email: probbins@shearman.com
Email: ahuffman@shearman.com

**Attorneys for Defendant Kenneth Levy**

4

5    DATED: February 12, 2007          **MORRISON & FOERSTER**

6

7    By: _____/s/_____
           Craig D. Martin

8

9    K.C. Allan Waldron
     425 Market Street
     San Francisco, CA 94104
10   Telephone: (415) 268-7000
     Facsimile: (415) 238-7522
11   Email: cmartin@mofo.com
     Email: kwaldron@mofo.com

12

13   **Attorneys for Defendant John H. Kispert**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
     CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

6

1

## ORDER

2   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

3       1.      Co-Lead Plaintiffs shall file and serve the Consolidated Complaint no later than

4   March 6, 2007.

5       2.      Defendants shall file and serve their responsive pleading(s) or motions within 45

6   days of the filing of the consolidated class action complaint or no later than April 20, 2007.

7       3.      Co-Lead Plaintiffs shall file and serve their opposition brief(s) within 45 days of the

8   filing of Defendants' responsive pleading(s) or motions or no later than June 4, 2007.

9       4.      Defendants shall file and serve their reply briefs within 21 days of the filing of Co-

10  Lead Plaintiffs' opposition brief(s) or no later than June 25, 2007.

11

12  DATED: _____02/20/07_____



13

14                                                          _____
                                                            Martin J. Jenkins
15                                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28  [06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATED
    CLASS ACTION COMPLAINT AND BRIEFING ON MOTION TO DISMISS

7