1    FRANKLIN B. GOWDY (SBN 47918)
     MICHAEL J. LAWSON (SBN 66547)
2    JOSEPH E. FLOREN (SBN 168292)
     BENJAMIN P. SMITH (SBN 197551)
3    MORGAN, LEWIS & BOCKIUS LLP
     One Market, Spear Street Tower
4    San Francisco, CA  94105-1126
     Tel:  415.442.1000
5    Fax:  415.442.1001
     E-mail:  fgowdy@morganlewis.com
6             michael.lawson@morganlewis.com
              jfloren@morganlewis.com
7             bpsmith@morganlewis.com

8    Attorneys for Defendants KLA-Tencor Corporation,
     Edward W. Barnholt, H. Raymond Bingham, Robert
9    J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr.,
     Jeffrey L. Hall, Stephen P. Kaufman, Michael E.
10   Marks, Dean O. Morton, Lida Urbanek and Richard
     P. Wallace

11

12                      UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

15

16   IN RE KLA-TENCOR CORPORATION          Master Case No. C 06-4065 MJJ
     SECURITIES LITIGATION
17                                          CLASS ACTION

18   _____   STIPULATION AND [PROPOSED]
                                            ORDER REGARDING BRIEFING
19   THIS DOCUMENT RELATES TO:              SCHEDULE FOR DEFENDANTS' RULE
     ALL ACTIONS                            12 MOTIONS
20

21

22        Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, the Louisiana

23   Municipal Police Employees' Retirement System, and The City of Philadelphia Board of

24   Pensions and Retirement (collectively, "Co-Lead Plaintiffs") and Defendants KLA-Tencor

25   Corporation ("KLA-Tencor"), Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke,

26   Robert T. Bond, Gary E. Dickerson, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman,

27   John H. Kispert, Kenneth Levy, Michael E. Marks, Dean O. Morton, Stuart J. Nichols, Kenneth

28   L. Schroeder, Jon D. Tompkins, Lida Urbanek and Richard P. Wallace (the "Individual

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                    1                    USDC Case No. C 06-4065 MJJ

1   Defendants" and, together with KLA-Tencor, "Defendants"), by and through their undersigned

2   counsel of record, hereby stipulate and agree, subject to court approval, as follows:

3       WHEREAS, this action was filed on June 29, 2006 and, following the appointment of Co-

4   Lead Plaintiffs and an Executive Committee and  Plaintiff's Counsel under the Private Securities

5   Litigation Reform Act of 1995 ("PSLRA"), Co-Lead Plaintiffs filed their Consolidated Class

6   Action Complaint (the "Consolidated Complaint") on March 6, 2007,

7       WHEREAS, the Consolidated Complaint is 183 pages in length,

8       WHEREAS, the Consolidated Complaint alleges that Defendants violated Sections 10(b),

9   14(a), 20(a), and 20A of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78n(a), 78t(a),

10  78t-1, by, *inter alia*, engaging in a scheme to defraud by making material misrepresentations

11  concerning compliance with the Company's stock option plans, the award and dating of stock

12  options, and the Company's financial results,

13      WHEREAS, the Individual Defendants are seventeen persons who now are, or at various

14  times between 1999 and the present were, directors and/or officers of Defendant KLA-Tencor,

15      WHEREAS, all Defendants intend to file motions seeking dismissal of the Complaint in

16  whole or in part under the PSLRA, Rule 12 of the Federal Rules of Civil Procedure, and other

17  applicable law addressing, what Defendants believe are serious defects in the Consolidated

18  Complaint raising substantial legal issues including pleading of scienter, loss causation,

19  materiality of the alleged misstatements, and statutes of limitations, among others,

20      WHEREAS, Defendants believe that the legal questions presented by their motions to

21  dismiss will be substantial and complex, and may dispose of the case entirely or in large part as to

22  some or all Defendants,

23      WHEREAS, Co-Lead Plaintiffs believe that the Consolidated Complaint complies with all

24  applicable pleading requirements and that the Consolidated Complaint does not raise any legal

25  issues, including with respect to pleading of scienter, loss causation, materiality of the alleged

26  misstatements and statute of limitations, that would result in dismissing, in whole or in part, any

27  of the claims asserted,

28      WHEREAS, the seventeen Individual Defendants are represented by seven separate sets

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                    2                    USDC Case No. C 06-4065 MJJ

of attorneys, and all defense counsel intend to cooperate and coordinate on filing of joint briefs to the maximum extent possible and practicable on common legal issues, so as to eliminate duplicative briefing of issues affecting multiple defendants, and Defendants anticipate that this may require seeking relief from page limitations, which Defendants will request separately if and when necessary;

WHEREAS, depending on what Defendants seek by way of relief from page limitations, Co-Lead Plaintiffs may require seeking similar require relief from page limitations in connection with their consolidated opposition, which Co-Lead Plaintiffs will request separately,

WHEREAS, Defendants' motions to dismiss or other responses to the Consolidated Complaint are currently due on April 20, 2007,

WHEREAS, Defendants believe that, in light of the foregoing factors, it is just and appropriate to extend this deadline to May 21, 2007, and Co-Lead Plaintiffs agree with this schedule, provided that Co-Lead Plaintiffs have the same length of time to prepare and file a consolidated opposition in response to Defendants' motions to dismiss (*e.g.*, to August 6, 2007, assuming defendants file their motions on May 21, 2007),

WHEREAS, Individual Defendants Robert J. Boehlke, Gary E. Dickerson, Michael E. Marks, Dean O. Morton, Stuart J. Nichols, and Richard P. Wallace have been newly named as defendants in this action and each of them agrees to waive service of process, subject to the scheduling terms of this stipulation and proposed order,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, as follows:

1.      Defendants, and each of them, have appeared in this action such that service of process upon them has either been accomplished or waived.

2.      Defendants, and each of them, shall file their Rule 12 motions or answer the Consolidated Complaint by no later than May 21, 2007.  Defendants are directed to coordinate among themselves so as to file consolidated or joint briefs on common issues to the extent practicable.

3.      Once Defendants respond to the Consolidated Complaint by filing Rule 12

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                3                    USDC Case No. C 06-4065 MJJ

1  motions, Co-Lead Plaintiffs will have 76 calendar days to file and serve their opposition to the

2  motion(s) and Defendants will have 21 calendar days thereafter to file and serve any reply briefs

3  in further support of the motion(s).  The parties shall meet and confer and submit a separate

4  stipulation and proposed order regarding any requested relief from page limitations in connection

5  with the Rule 12 motions and opposition and reply briefs.  The hearing date for the Rule 12

6  motion(s) will be determined by the Court.

7     **IT IS SO STIPULATED.**

8  DATED: March 30, 2007                    MORGAN, LEWIS & BOCKIUS LLP

9

10                                          By: _____/s/_____
                                                Joseph E. Floren

11                                          **Attorneys for Defendants KLA-Tencor**

12                                          **Corporation, Edward W. Barnholt, H. Raymond**
                                            **Bingham, Robert J. Boehlke, Robert T. Bond,**
                                            **Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P.**

13                                          **Kaufman, Michael E. Marks, Dean O. Morton,**
                                            **Lida Urbanek and Richard P. Wallace**

14

15     I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

16  hereby attest that each of the 7 signatories identified below has concurred in this filing.

17  DATED: April  11, 2007                   **BERMAN DEVALERIO PEASE TABACCO**
                                            **BURT & PUCILLO**

18                                          JOSEPH J. TABACCO, JR.
                                            CHRISTOPHER T. HEFFELFINGER

19                                          NICOLE LAVALEE
                                            LESLEY HALE

20

21                                          By: _____/s/_____
                                                Nicole Lavallee

22

23                                          425 California Street,  Suite 2100
                                            San Francisco, CA  94104-2205

24                                          Telephone: (415) 433-3200
                                            Facsimile:  (415) 433-6382

25                                          **Plaintiffs' Executive Committee and Liaison**
                                            **Counsel**

26                                          **KOHN, SWIFT & GRAF, P.C.**

27                                          Denis F. Sheils
                                            Joseph C. Kohn

28                                          William E. Hoese

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                    4                    USDC Case No. C 06-4065 MJJ

One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

**TRUJILLO RODRIGUEZ & RICHARDS LLC**
Kenneth I. Trujillo
Ira Neil Richards
Kathryn C. Harr
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
Telephone: (215) 731-9004
Facsimile:  (215) 731-9044
Email: KITrujillo@trrlaw.com
Email: ira@trrlaw.com
Email: kharr@trrlaw.com

**Plaintiffs' Executive Committee**

DATED: April 2, 2007

**ORRICK, HERRINGTON & SUTCLIFFE**
WALTER F. BROWN, JR.
ROBERT P. VARIAN

By: _____/s/_____
                    Robert P. Varian

405 Howard Street
San Francisco, CA 94105
Tel. 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1

5

USDC Case No. C 06-4065 MJJ

1    DATED: April 2, 2007                **MORRISON & FOERSTER**
                                         CRAIG D. MARTIN
2                                        K.C. ALLAN WALDRON

3

4                                        By:  _____/s/_____
                                                  Craig D. Martin

5                                        425 Market Street
                                         San Francisco, CA 94104
6                                        Telephone: (415) 268-7000
                                         Facsimile: (415) 238-7522
7

8                                        **Attorneys for Defendant John H. Kispert**

9    DATED: April 2, 2007                **SHEARMAN & STERLING LLP**
                                         PATRICK D. ROBBINS
10                                       JEFFREY S. FACTER
                                         MARY MOYCIK
11

12                                       By:  _____/s/_____
                                                  Jeffrey S. Facter
13

14                                       525 Market Street, Suite 1500
                                         San Francisco, CA 94105
15                                       Telephone: (415) 616-1100
                                         Facsimile: (415) 616-1199

16                                       **Attorneys for Defendant Kenneth Levy**

17
     DATED: April 3, 2007                **LAW OFFICE OF MARK A. BELNICK, LLC**
18                                       MARK A. BELNICK (admitted *pro hac vice*)

19

20                                       By:  _____/s/_____
                                                  Mark A. Belnick

21                                       120 West 45th Street, Suite 1700B
                                         New York, NY 10036
22                                       Telephone: 646-453-2901
                                         Fax: 646-453-2908
23

24                                       CHRISTOPHER  D.  KERCHER  (*pro  hac  vice*)
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
25                                       590 Madison Avenue
                                         New York, NY 10022
                                         Tel 212-872-1000
26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                6                          USDC Case No. C 06-4065 MJJ

1    STEVEN S. KAUFHOLD
     AKIN GUMP STRAUSS HAUER & FELD LLP
2    580 California Street, 15th Floor
     San Francisco, CA 94104
3    Tel:  415-765-9500
     Fax: 415-765-9501
4

5    **Attorneys for Defendant Stuart J. Nichols**

6
     DATED: April 10, 2007          **DLA PIPER US LLP**
7                                   SHIRLI FABBRI WEISS
                                    DAVID A. PRIEBE
8

9                                   By: _____/s/_____
                                           David A. Priebe
10

11                                  2000 University Avenue
                                    East Palo Alto, California 94303
                                    Telephone: (650) 833-2056
12                                  Facsimile : (650) 833-2001

13                                  **Attorneys for Defendant Kenneth L. Schroeder**

14
     DATED: April 3, 2007           **HELLER EHRMAN LLP**
15                                  MICHAEL J. SHEPARD
                                    WARRINGTON S. PARKER, III
16

17                                  By: _____/s/_____
                                           Michael J. Shepard
18

19                                  333 Bush Street
                                    San Francisco, CA 94104
                                    Telephone: (415) 772-6000
20                                  Facsimile: (415) 772-6268

21                                  **Attorneys for Defendant Jon D. Tompkins**

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                    7                    USDC Case No. C 06-4065 MJJ

1

## **O R D E R**

2

3       **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE**

4   **COURT ORDERS:**

5       1.      All Defendants have appeared in this action such that service of process upon them

6   has either been accomplished or waived.

7       2.      Defendants shall file their Rule 12 motions or answer the Consolidated Complaint

8   by no later than May 21, 2007.  Defendants are directed to coordinate among themselves so as to

9   file consolidated or joint briefs on common issues to the extent practicable.

10      3.      Once Defendants respond to the Consolidated Complaint by filing Rule 12

11  motions, Co-Lead Plaintiffs will have 76 calendar days to file and serve their opposition to the

12  motion(s) and Defendants will have 21 calendar days thereafter to file and serve any reply briefs

13  in further support of the motion(s).  The parties shall meet and confer and submit a separate

14  stipulation and proposed order regarding any requested relief from page limitations in connection

15  with the Rule 12 motions and opposition and reply briefs.  The hearing date for the Rule 12

16  motion(s) will be determined by the Court.   WEDNESDAY, SEPTEMBER 12, 2007 AT 2:00
                                                 P.M. (SPECIAL SETTING)
17                                               THE CASE MANAGEMENT CONFERENCE
                                                 OF TUES., MAY 15, 2007 IS VACATED.
18  Dated: April ___16___, 2007

19                                                     Hon. Martin J. Jenkins
                                                       United States District Judge
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' RULE 12 MOTIONS
1-SF/7521507.1                                    8                    USDC Case No. C 06-4065 MJJ