Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Lesley Ann Hale (SBN 237726)
Email: lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO**
**BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Plaintiffs' Executive Committee and Liaison Counsel

[Additional counsel appear on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. 06-cv-04065-MJJ <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS") (formerly known as the Policemen and Firemen Retirement System of the City of Detroit), the Louisiana Municipal Police Employees' Retirement System ("MPERS") and The City of Philadelphia Board of Pensions and Retirement ("City of Philadelphia"), and defendants KLA-Tencor Corporation ("KLA-Tencor"), Richard P. Wallace, Kenneth L. Schroeder, Kenneth Levy, Jon D. Tompkins, Stephen P. Kaufman, Gary E. Dickerson, Jeffrey L. Hall, John H. Kispert, Lida Urbanek, Michael E. Marks, Edward Barnholt, Robert T. Bond, Richard J. Elkus, Jr., H. Raymond

Bingham, Dean O. Morton, Robert J. Boehlke and Stuart J. Nichols ("Individual Defendants" and, together with KLA-Tencor, "Defendants"), by and through their respective counsel, hereby recite and stipulate, subject to Court approval, as follows concerning modification of the briefing schedule:

**RECITALS**

WHEREAS, Co-Lead Plaintiffs filed their Consolidated Class Action Complaint (the "Consolidated Complaint") on March 6, 2007;

WHEREAS, after reviewing the Consolidated Complaint, Defendants requested additional time to file their Rule 12 motions to dismiss or answer to the Consolidated Complaint;

WHEREAS, on April 11, 2007, the parties stipulated, subject to Court approval, that Defendants would file their Rule 12 motions or answer the Consolidated Complaint within 76 days after the filing of the Consolidated Complaint, *that is*, by no later than May 21, 2007, Co-Lead Plaintiffs would have 76 calendar days to file and serve their opposition to the motion(s) and Defendants would have 21 calendar days thereafter to file and serve any reply briefs in further support of the motion(s);

WHEREAS, the Court entered an Order on April 18, 2007 approving the parties' April 11, 2007 stipulation;

WHEREAS, on May 21, 2007, KLA-Tencor and the Individual Defendants filed seven separate motions to dismiss the Consolidated Complaint, many with extended page limits, and four requests for judicial notice, all of which raised numerous arguments;

WHEREAS, since being served with Defendants' motions to dismiss and requests for judicial notice, Co-Lead Plaintiffs have been diligently preparing one combined opposition brief to all seven motions, oppositions to defendants' requests for judicial notice and a separate request for judicial notice and would, but for the newly scheduled mediation discussed below, be prepared to file their papers in a timely fashion on August 6, 2007;

WHEREAS, at Defendants' request, the parties have been attempting to schedule a mediation and Co-Lead Plaintiffs had recently offered dates in late August or early September 2007;

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE  2

1  WHEREAS, on Monday, July 24, 2007, counsel for KLA requested that plaintiffs participate in a joint mediation with the plaintiffs in the derivative action late in the week of August 6, 2007, which dates were driven by scheduling matters in the federal derivative action;

WHEREAS, in order to participate in this mediation, plaintiffs must now shift their focus to preparing for the mediation, working with their damages expert, providing the mediator with a mediation statement and participating in telephonic conferences with the mediator prior to the mediation;

WHEREAS, since this work will need to be conducted during the two weeks when Co-Lead Plaintiffs would otherwise be finalizing their opposition papers for filing on August 6, 2007, the parties agree that Co-Lead Plaintiffs should be permitted additional time to finalize their opposition papers in order to participate in a meaningful way in the mediation scheduled before Jonathan B. Marks of Marks ADR, LLC, in San Francisco for the later part of the week of August 6, 2007;

WHEREAS, on July 25, 2007, the Securities and Exchange Commission filed actions in this district against KLA-Tencor and against Defendant Kenneth Schroeder based on alleged options backdating, and as a result of this filings, plaintiffs are considering further amendments to the existing Consolidated Complaint; and

WHEREAS, plaintiffs' attorneys' have vacations scheduled in the later part of August 2007 based on the prior briefing schedule, plaintiffs have requested and Defendants agreed that plaintiffs should be permitted to file their opposition papers on September 7, 2007.

**STIPULATION**

Now, therefore, the parties agree and stipulate as follows subject to Court approval:

1. Co-Lead Plaintiffs shall file and serve their brief(s) in opposition to Defendants' motions to dismiss and responses to the requests for judicial notice by no later than September 7, 2007.

2. Defendants shall file and serve their reply briefs within 21 calendar days after the filing of Co-Lead Plaintiffs' opposition brief(s).

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS
TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE                                3

| | |
|---|---|
| 1 | 3. The hearing date for the Rule 12 motion(s) will be determined by the Court. |

DATED: July 27, 2007    BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO

By: /s/ Nicole Lavallee
NICOLE LAVALLEE
Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Lesley Hale
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Plaintiffs' Executive Committee and Liaison Counsel**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

**TRUJILLO RODRIGUEZ & RICHARDS LLC**
Kenneth I. Trujillo
Ira Neil Richards
Kathryn C. Harr
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044
Email: KITrujillo@trrlaw.com
Email: ira@trrlaw.com
Email: kharr@trrlaw.com

**Plaintiffs' Executive Committee**

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS
TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE                                4

**E-Filing Attestation**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: July 27, 2007                    **MORGAN, LEWIS & BOCKIUS LLP**

By: ___/s/ Joseph E. Floren___
       JOSEPH E. FLOREN

Joseph E. Floren
John H. Hemann
Benjamin P. Smith
Christopher J. Banks
Tera M. Heintz
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: jfloren@morganlewis.com
Email: jhemann@morganlewis.com
Email: bpsmith@morganlewis.com
Email: cbanks@morganlewis.com
Email: theintz@morganlewis.com

**Attorneys for Defendants KLA-Tencor Corporation, John H. Kispert, Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, Michael E. Marks, Dean O. Morton, Richard P. Wallace and Lida Urbanek**

DATED: July 27, 2007                    **HELLER EHRMAN LLP**

By: ___/s/ Michael J. Shepard___
      MICHAEL J. SHEPARD

Warrington S. Parker, III
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com
Email: warrington.parker@ hellerehrman.com

**Attorneys for Defendant Jon D. Tompkins**

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE

5

| | | |
|---|---|---|
| 1 | DATED: July 27, 2007 | **DLA PIPER US LLP** |
| 2 | | By: /s/ David A. Priebe |
| 3 | | DAVID A. PRIEBE |
| 4 | | 2000 University Avenue<br>East Palo Alto, California 94303 |
| 5 | | Telephone: (650) 833-2056<br>Facsimile: (650) 833-2001 |
| 6 | | Email: david.priebe@dlapiper.com |
| 7 | | **Attorneys for Defendant Kenneth L. Schroeder** |
| 8 | DATED: July 27, 2007 | **SHEARMAN & STERLING LLP** |
| 9 | | |
| 10 | | By: /s/ Jeffrey S. Facter |
| 11 | | JEFFREY S. FACTER |
| 12 | | Patrick D. Robbins<br>Mary Moycik |
| 13 | | 525 Market Street, Suite 1500<br>San Francisco, CA 94105 |
| 14 | | Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| 15 | | Email: jfacter@shearman.com<br>Email: probbins@shearman.com |
| 16 | | Email: mmoycik@shearman.com |
| 17 | | **Attorneys for Defendant Kenneth Levy** |
| 18 | DATED: July 27, 2007 | **ORRICK, HERRINGTON & SUTCLIFFE** |
| 19 | | |
| 20 | | By: /s/ Robert P. Varian |
| 21 | | ROBERT P. VARIAN |
| 22 | | Walter F. Brown, Jr.<br>405 Howard Street |
| 23 | | San Francisco, CA 94105<br>Telephone: (415) 773-5700 |
| 24 | | Facsimile: (415) 773-5759<br>Email: wbrown@orrick.com |
| 25 | | Email: rvarian@orrick.com |
| 26 | | **Attorneys for Defendant Gary Dickerson** |

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS
TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE         6

DATED: July 27, 2007  LAW OFFICE OF MARK A. BELNICK, LLC

By: /s/ Mark A. Belnick
MARK A. BELNICK

Mark A. Belnick (pro hac vice)
120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

Christopher D. Kercher (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

Steven S. Kaufhold
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501
Email: skaufhold@akingump.com

**Attorneys for Defendant Stuart J. Nichols**

### ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. Co-Lead Plaintiffs shall file and serve their papers in opposition to defendants' motions to dismiss by no later than September 7, 2007.

2. Defendants shall file and serve their reply briefs within 21 calendar days of the filing of Co-Lead Plaintiffs' opposition papers.

3. The hearing date for the Rule 12 motion(s) will be determined by the Court.

DATED: ~~July~~ 8/2 ___, 2007

/s/ Martin J. Jenkins
United States District Judge

[06-CV-04065-MJJ] STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CO-LEAD PLAINTIFFS TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND REQUESTS FOR JUDICIAL NOTICE

7