1  FRANKLIN B. GOWDY (SBN 47918)
   MICHAEL J. LAWSON (SBN 66547)
2  JOSEPH E. FLOREN (SBN 168292)
   BENJAMIN P. SMITH (SBN 197551)
3  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   E-mail:  fgowdy@morganlewis.com
6           michael.lawson@morganlewis.com
            jfloren@morganlewis.com
7           bpsmith@morganlewis.com

8  Attorneys for Defendants KLA-Tencor Corporation,
   Edward W. Barnholt, H. Raymond Bingham, Robert
9  J. Boehlke, Robert T. Bond, Richard J. Elkus, Jr.,
   Jeffrey L. Hall, Stephen P. Kaufman, Michael E.
10 Marks, Dean O. Morton, Lida Urbanek and Richard
   P. Wallace

11

12                 UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

14

15

16 IN RE KLA-TENCOR CORPORATION          Master Case No. C 06-04065 MJJ
   SECURITIES LITIGATION
17                                        CLASS ACTION

18                                        STIPULATION AND [PROPOSED]
                                          ORDER REGARDING BRIEFING
19 THIS DOCUMENT RELATES TO:              SCHEDULE FOR DEFENDANTS' REPLY
   ALL ACTIONS                            MEMORANDA ON MOTIONS TO
20                                        DISMISS

21

22

23        Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, the Louisiana

24 Municipal Police Employees' Retirement System, and The City of Philadelphia Board of

25 Pensions and Retirement (collectively, "Co-Lead Plaintiffs") and Defendants KLA-Tencor

26 Corporation ("KLA-Tencor"), Edward W. Barnholt, H. Raymond Bingham, Robert J. Boehlke,

27 Robert T. Bond, Gary E. Dickerson, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman,

28 John H. Kispert, Kenneth Levy, Michael E. Marks, Dean O. Morton, Stuart J. Nichols, Kenneth

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP AND [PRPD] ORDER RE BRIEFING SCHEDULE
FOR DEFENDANTS' REPLY MEMORANDA ON
MOTIONS TO DISMISS                          1                    USDC Case No. C 06-4065 MJJ

1  L. Schroeder, Jon D. Tompkins, Lida Urbanek and Richard P. Wallace (the "Individual

2  Defendants" and, together with KLA-Tencor, "Defendants"), by and through their undersigned

3  counsel of record, hereby stipulate and agree, subject to court approval, as follows:

4       WHEREAS, this action was filed on June 29, 2006 and, following the appointment of Co-

5  Lead Plaintiffs and an Executive Committee and Co-Lead Plaintiffs' Counsel under the Private

6  Securities Litigation Reform Act of 1995 ("PSLRA"), Co-Lead Plaintiffs filed their Consolidated

7  Class Action Complaint (the "Consolidated Complaint") on March 6, 2007,

8       WHEREAS, Defendants filed a total of seven separate Motions to Dismiss the Complaint

9  under the PSLRA, Rule 12 of the Federal Rules of Civil Procedure, and other applicable law

10  setting forth Defendants' position that there are serious defects in the Consolidated Complaint

11  raising substantial legal issues including pleading of scienter, loss causation, materiality of the

12  alleged misstatements, and statutes of limitations, among others, and such motions are set for

13  hearing on October 31, 2007,

14       WHEREAS, on September 8, 2007, Co-Lead Plaintiffs filed a consolidated Memorandum

15  in Opposition to Defendants' Motion to Dismiss, setting forth in 137 pages of briefing (not

16  including tables and supporting material) their position that there are no defects in the

17  Consolidated Complaint and that Defendants' Motions to Dismiss should be denied as to the

18  issues raised, including pleading of scienter, loss causation, materiality of the alleged

19  misstatements, and statutes of limitations, among others,

20       WHEREAS, Co-Lead Plaintiffs and Defendants attended mediation of this dispute on

21  August 8, 9, and 10, 2007, coordinated with the mediation of a separate shareholder derivative

22  lawsuit also pending in this Court arising out of the same facts (*In re KLA-Tencor Corp.*

23  *Shareholder Derivative Litig.*, N.D. Cal. Case No. C-06-03445-JW) with mediator Jonathan B.

24  Marks of Marks ADR, LLC,

25       WHEREAS, following the mediation sessions in August 2007, the parties have continued

26  to engage in settlement discussions with the assistance of the mediator, including additional

27  mediation on September 18 and 19, 2007, and settlement discussions are presently active and

28  ongoing,

1       WHEREAS, Defendants' Reply Memoranda on their Motions to Dismiss are currently

2  due on September 28, 2007,

3       WHEREAS, in order to continue to focus their time and effort on the ongoing mediation

4  discussions, and in light of the length of the briefs and number of issues involved in the Motions

5  to Dismiss, Defendants requested, and Co-Lead Plaintiffs agree that Defendants should be

6  permitted to file their Reply briefs on the Motions to Dismiss by no later than October 12, 2007,

7       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

8  the undersigned counsel for all parties, as follows:

9       1.    Defendants, and each of them, shall file their Reply Memoranda in Further

10  Support of their Rule 12 motions no later than October 12, 2007.

11    **IT IS SO STIPULATED.**

12  DATED: September 21, 2007        MORGAN, LEWIS & BOCKIUS LLP

13

14                                 By: _____/s/_____
                                      Joseph E. Floren

15                              **Attorneys for Defendants KLA-Tencor**
                              **Corporation, Edward W. Barnholt, H. Raymond**

16                              **Bingham, Robert J. Boehlke, Robert T. Bond,**
                              **Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P.**

17                              **Kaufman, Michael E. Marks, Dean O. Morton,**
                              **Lida Urbanek and Richard P. Wallace**

18

19       I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

20  hereby attest that each of the 7 signatories identified below has concurred in this filing.

21  DATED: September 21, 2007        **BERMAN DEVALERIO PEASE TABACCO**
                                **BURT & PUCILLO**

22                              JOSEPH J. TABACCO, JR.
                              CHRISTOPHER T. HEFFELFINGER

23                              NICOLE LAVALEE
                              LESLEY HALE

24

25                                By: _____/s/_____
                                    Nicole Lavallee

26
                              425 California Street, Suite 2100

27                            San Francisco, CA  94104-2205
                            Telephone: (415) 433-3200

28                            Facsimile:  (415) 433-6382

1

2          **Plaintiffs' Executive Committee and Liaison Counsel**

3          **KOHN, SWIFT & GRAF, P.C.**
            Denis F. Sheils
4          Joseph C. Kohn
            William E. Hoese
5          One South Broad Street, Suite 2100
            Philadelphia, PA  19107
6          Telephone:  (215) 238-1700
            Facsimile:  (215) 238-1968
7          Email: dsheils@kohnswift.com
            Email: jkohn@kohnswift.com
8          Email: whoese@kohnswift.com

9          **BERGER & MONTAGUE, P.C.**
            Sherrie R. Savett
10         Douglas M. Risen
            1622 Locust Street
11         Philadelphia, PA  19103
            Telephone: (215) 875-3000
12         Facsimile: (215) 875-4604
            Email: ssavett@bm.net
13         Email: drisen@bm.net

14         **TRUJILLO RODRIGUEZ & RICHARDS LLC**
            Kenneth I. Trujillo
15         Ira Neil Richards
            Kathryn C. Harr
16         1717 Arch Street, Suite 3838
            Philadelphia, PA  19103
17         Telephone: (215) 731-9004
            Facsimile: (215) 731-9044
18         Email: KITrujillo@trrlaw.com
            Email: ira@trrlaw.com
19         Email: kharr@trrlaw.com

20         **Plaintiffs' Executive Committee**

21  DATED: September 21, 2007          **ORRICK, HERRINGTON & SUTCLIFFE**
                                        WALTER F. BROWN, JR.
22                                      ROBERT P. VARIAN

23
                                        By: _____/s/_____
24                                                Robert P. Varian

25                                      405 Howard Street
                                        San Francisco, CA 94105
26                                      Tel. 415-773-5700
                                        Fax: 415-773-5759
27
                                        **Attorneys for Defendant Gary Dickerson**
28

DATED: September 21, 2007

**SHEARMAN & STERLING LLP**
PATRICK D. ROBBINS
JEFFREY S. FACTER
MARY MOYCIK

By: _____/s/_____
        Jeffrey S. Facter

525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199

**Attorneys for Defendant Kenneth Levy**

DATED: September 21, 2007

**LAW OFFICE OF MARK A. BELNICK, LLC**
MARK A. BELNICK (admitted *pro hac vice*)

By: _____/s/_____
        Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY 10036
Telephone: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Tel 212-872-1000

STEVEN S. KAUFHOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

**Attorneys for Defendant Stuart J. Nichols**

| | |
|---|---|
| 1 | DATED: September 21, 2007 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

DATED: September 21, 2007     **DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE

By: _____/s/_____
         David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: September 21, 2007     **HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III

By: _____/s/_____
         Michael J. Shepard

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

<u>**O R D E R**</u>

    **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:**

       1.     Defendants shall file their Reply Memoranda in Further Support of their 12(b) motions no later than October 12, 2007.

Dated: September __28__, 2007                            _____
                                        Martin J. Jenkins
                                        United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Martin J. Jenkins

STIP AND [PRPD] ORDER RE BRIEFING SCHEDULE
FOR DEFENDANTS' REPLY MEMORANDA ON
MOTIONS TO DISMISS

USDC Case No. C 06-4065 MJJ