Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Christopher T. Heffelfinger (SBN 118058)
Email: cheffelfinger@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
Lesley Ann Hale (SBN 237726)
Email: lhale@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Member of Plaintiffs' Executive Committee and Liaison Counsel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. C-06-04065-MJJ |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE MOTION HEARING FOR DEFENDANTS' MOTION TO DISMISS** |

Co-Lead Plaintiffs Police and Fire Retirement System of the City of Detroit ("PFRS") (formerly known as the Policemen and Firemen Retirement System of the City of Detroit), the Louisiana Municipal Police Employees' Retirement System ("MPERS") and the City of Philadelphia Board of Pensions and Retirement ("CPBPR"), and Defendants KLA-Tencor Corporation ("KLA-Tencor" or "the Company"), Richard P. Wallace, Kenneth L. Schroeder, Kenneth Levy, Jon D. Tompkins, Stephen P. Kaufman, Gary E. Dickerson, Jeffrey L. Hall, John H. Kispert, Lida Urbanek, Michael E. Marks, Edward Barnholt, Robert T. Bond, Richard J. Elkus, Jr.,

1  H. Raymond Bingham, Dean O. Morton and Stuart J. Nichols ("Defendants"), by and through their
2  respective counsel hereby recite and stipulate, subject to court approval, as follows concerning a
3  continuance of the Motion Hearing for Defendants' Motion to Dismiss.

### **RECITALS**

5  **WHEREAS,** on April 11, 2007 the parties filed a Stipulation and Proposed Order
6  Regarding the Briefing Schedule for Defendants' Rule 12 Motions, see Doc. 97;

7  **WHEREAS,** on April 18, 2007 the Court entered the parties' Stipulation and Proposed
8  Order Regarding the Briefing Schedule for Defendants' Rule 12 Motions and scheduled the Motion
9  Hearing for September 12, 2007 at 2:00 p.m. in Courtroom 11, 19th Floor, San Francisco, see Doc.
10 100;

11  **WHEREAS,** on August 6, 2007, the Court continued the Motion Hearing from September
12 12, 2007 to October 31, 2007 at 2:30 p.m. in Courtroom 11, 19th Floor, San Francisco, see Doc.
13 147;

14  **WHEREAS**, on October 26, 2007, the Court further continued the Motion Hearing from
15 October 31, 2007 to November 30, 2007 at 1:30 p.m. in Courtroom 11, 19th Floor, San Francisco,
16 see Doc. 173;

17  **WHEREAS**, Counsel for Co-Lead Plaintiffs have requested a further continuance of the
18 Motion Hearing to resolve a scheduling conflict;

19  **WHEREAS**, Counsel for Defendants have agreed to a further continuance of the Motion
20 Hearing to December 14, 2007, at 2:30 p.m., in Courtroom 11, 19th Floor, San Francisco;

21 / / /
22 / / /
23 / / /

## **STIPULATION**

Now, therefore, the parties agree and stipulate, subject to Court approval, by and among the undersigned attorneys for the respective parties hereto, that the Motion Hearing shall be continued from November 30, 2007 to December 14, 2007 at 2:30 p.m. in Courtroom 11, 19th Floor, San Francisco.

DATED: November 20, 2007         **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:     /s/ Nicole Lavallee
         NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Lesley Hale
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Plaintiffs' Executive Committee and Liaison Counsel**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

| | |
|---|---|
| | **TRUJILLO RODRIGUEZ & RICHARDS LLC**<br>Kenneth I. Trujillo<br>Ira Neil Richards<br>Kathryn C. Harr<br>1717 Arch Street, Suite 3838<br>Philadelphia, PA 19103<br>Telephone: (215) 731-9004<br>Facsimile: (215) 731-9044<br>Email: KITrujillo@trrlaw.com<br>Email: ira@trrlaw.com<br>Email: kharr@trrlaw.com |

**Plaintiffs' Executive Committee**

### E-Filing Attestatation

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

DATED: November 20, 2007         **MORGAN, LEWIS & BOCKIUS LLP**

By:    /s/ Joseph E. Floren
              Joseph E. Floren

Joseph E. Floren
Franklin B. Gowdy
Michael J. Lawson
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: jfloren@morganlewis.com
Email: fgowdy@morganlewis.com
Email: Michael.lawson@morganlewis.com

**Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey Hall, Stephen P. Kaufman, Lida Urbanek and John H. Kispert**

| | |
|---|---|
| DATED: November 20, 2007 | **HELLER EHRMAN LLP** |
| | By:   /s/ Michael J. Shepard   <br>         Michael J. Shepard |

Warrington S. Parker, III
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: michael.shepard@hellerehrman.com
Email: warrington.parker@ hellerehrman.com

**Attorneys for Defendant Jon D. Tompkins**

| | |
|---|---|
| DATED: November 20, 2007 | **DLA PIPER US LLP** |
| | By:   /s/ David A. Priebe   <br>         David A. Priebe |

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001
Email: david.priebe@dlapiper.com

**Attorneys for Defendant Kenneth L. Schroeder**

| | |
|---|---|
| DATED:  November 20, 2007 | **SHEARMAN & STERLING LLP** |
| | By:   /s/ Jeffrey S. Facter   <br>         Jeffrey S. Facter |

Patrick D. Robbins
Emily V. Griffen
525 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: jfacter@shearman.com
Email: probbins@shearman.com
Email: egriffen@shearman.com

**Attorneys for Defendant Kenneth Levy**

[C-06-04065 MJJ] STIPULATION AND [PROPOSED] ORDER CONTINUING THE
MOTION HEARING  FOR DEFENDANTS' MOTION TO DISMISS                                                  5

| | | |
|---|---|---|
| 1 | DATED: November 20, 2007 | **ORRICK HERRINGTON & SUTCLIFFE**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN |

By:   /s/ Robert P. Varian
         Robert P. Varian

405 Howard Street
San Francisco, CA  94104
Tel: 415-773-5700
Fax: 415-773-5759

**Attorneys for Defendant Gary Dickerson**

Dated: November 20, 2007                    **LAW OFFICE OF MARK A. BELNICK, LLC**
                                            MARK A. BELNICK (admitted *pro hac vice*)

By:   /s/ Mark A. Belnick
         Mark A. Belnick

120 West 45th Street, Suite 1700B
New York, NY  10036
Tel: 646-453-2901
Fax: 646-453-2908

CHRISTOPHER D. KERCHER (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY  10022
Tel: 212-872-1000

STEVE S. KAUFOLD
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA  94104
Tel: 415-765-9500
Fax: 415-765-9501

**Attorneys for Defendant Stuart J. Nichols**

[C-06-04065 MJJ] STIPULATION AND [PROPOSED] ORDER CONTINUING THE
MOTION HEARING  FOR DEFENDANTS' MOTION TO DISMISS                    6

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

3 The Motion Hearing for Defendants' Motion to Dismiss, currently scheduled for November 30, 2007 at 1:30 p.m. in Courtroom 11, 19th Floor, San Francisco, is hereby continued to December 14, 2007 at 2:30 p.m. in Courtroom 11, 19th Floor, San Francisco.

DATED: 11/27/07



Martin J. Jenkins
United States District Judge

[C-06-04065 MJJ] STIPULATION AND [PROPOSED] ORDER CONTINUING THE
MOTION HEARING FOR DEFENDANTS' MOTION TO DISMISS            7