JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
         jfloren@morganlewis.com
         cbanks@morganlewis.com
         theintz@morganlewis.com

Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, John H. Kispert, Michael E. Marks, Dean O. Morton, Lida Urbanek and Richard P. Wallace

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KLA-TENCOR CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Case No. C 06-4065 MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE MOTION TO DISMISS OFF CALENDAR** |

All parties to this action, by and through their undersigned counsel of record, hereby stipulate and agree, subject to court approval, as follows:

WHEREAS, all defendants filed motions to dismiss the operative Consolidated Complaint on May 21, 2007, which are now set for hearing before the Court on December 14, 2007;

WHEREAS, Co-Lead Plaintiffs and Defendant KLA-Tencor Corporation have reached an agreement in principle to settle this action in its entirety, including all claims against all defendants, subject to completion of satisfactory documentation, notice, and court approval, and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PRPD] ORDER TO TAKE
MOTION TO DISMISS OFF CALENDAR
1-SF/7641558.1                    1                    USDC Case No. C 06-4065 MJJ

1     WHEREAS, based on the foregoing, defendants request that their pending motions to
2 dismiss be taken off calendar, without prejudice to restoring them to the Court's calendar at a
3 later date in the event the settlement is not concluded for any reason or is not approved by the
4 Court,

5     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
6 the undersigned counsel for all parties, as follows:

7     1.     Defendants' Motions to Dismiss, currently set for hearing on December 14, 2007
8 at 2:30 p.m., are hereby taken off calendar, without prejudice to restoring them to the Court's
9 calendar at a later date in the event the settlement is not concluded for any reason or is not
10 approved by the Court.

11     2.     The parties shall file a Stipulation of Settlement within 30 days of the date of this
12 Stipulation, or, should the parties fail to enter a Stipulation of Settlement, shall file a joint status
13 report with the Court regarding further action in the case.

14     **IT IS SO STIPULATED.**

15 DATED: December 11, 2007         MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
    Joseph E. Floren

**Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, John H. Kispert, Michael E. Marks, Dean O. Morton, Lida Urbanek and Richard P. Wallace**

    I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 7 signatories identified below has concurred in this filing.

STIPULATION AND [PRPD] ORDER TO TAKE
MOTION TO DISMISS OFF CALENDAR WITHOUT
PREJUDICE     2     USDC Case No. C 06-4065 MJJ

| | | |
|---|---|---|
| 1 | DATED: December 11, 2007 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO** |
| 2 | | JOSEPH J. TABACCO, JR. |
| | | CHRISTOPHER T. HEFFELFINGER |
| 3 | | NICOLE LAVALLEE |
| | | LESLEY HALE |
| 4 | | |
| 5 | | By: _____/s/_____ |
| | | Nicole Lavallee |
| 6 | | |
| | | 425 California Street, Suite 2100 |
| 7 | | San Francisco, CA  94104-2205 |
| | | Telephone: (415) 433-3200 |
| 8 | | Facsimile:  (415) 433-6382 |
| 9 | | **Plaintiffs' Executive Committee and Liaison Counsel** |
| 10 | | |
| 11 | | **KOHN, SWIFT & GRAF, P.C.** |
| | | Denis F. Sheils |
| | | Joseph C. Kohn |
| 12 | | William E. Hoese |
| | | One South Broad Street, Suite 2100 |
| 13 | | Philadelphia, PA  19107 |
| | | Telephone:  (215) 238-1700 |
| 14 | | Facsimile:   (215) 238-1968 |
| | | Email: dsheils@kohnswift.com |
| 15 | | Email: jkohn@kohnswift.com |
| | | Email: whoese@kohnswift.com |
| 16 | | |
| | | **BERGER & MONTAGUE, P.C.** |
| 17 | | Sherrie R. Savett |
| | | Douglas M. Risen |
| 18 | | 1622 Locust Street |
| | | Philadelphia, PA  19103 |
| 19 | | Telephone: (215) 875-3000 |
| | | Facsimile:  (215) 875-4604 |
| 20 | | Email: ssavett@bm.net |
| | | Email: drisen@bm.net |
| 21 | | |
| | | **TRUJILLO RODRIGUEZ & RICHARDS LLC** |
| 22 | | Kenneth I. Trujillo |
| | | Ira Neil Richards |
| 23 | | Kathryn C. Harr |
| | | 1717 Arch Street, Suite 3838 |
| 24 | | Philadelphia, PA  19103 |
| | | Telephone: (215) 731-9004 |
| 25 | | Facsimile:  (215) 731-9044 |
| | | Email: KITrujillo@trrlaw.com |
| 26 | | Email: ira@trrlaw.com |
| | | Email: kharr@trrlaw.com |
| 27 | | |
| | | **Plaintiffs' Executive Committee** |
| 28 | | |

STIPULATION AND [PRPD] ORDER TO TAKE
MOTION TO DISMISS OFF CALENDAR WITHOUT
PREJUDICE                           3                        USDC Case No. C 06-4065 MJJ

| | |
|---|---|
| DATED: December 11, 2007 | **ORRICK, HERRINGTON & SUTCLIFFE**<br>WALTER F. BROWN, JR.<br>ROBERT P. VARIAN<br><br>By: _/s/_<br>Robert P. Varian<br><br>405 Howard Street<br>San Francisco, CA 94105<br>Tel. 415-773-5700<br>Fax: 415-773-5759<br><br>**Attorneys for Defendant Gary Dickerson** |
| DATED: December 11, 2007 | **SHEARMAN & STERLING LLP**<br>PATRICK D. ROBBINS<br>JEFFREY S. FACTER<br>MARY MOYCIK<br><br>By: _/s/_<br>Jeffrey S. Facter<br><br>525 Market Street, Suite 1500<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199<br><br>**Attorneys for Defendant Kenneth Levy** |
| DATED: December 12, 2007 | **LAW OFFICE OF MARK A. BELNICK, LLC**<br>MARK A. BELNICK (admitted _pro hac vice_)<br><br>By: _/s/_<br>Mark A. Belnick<br><br>120 West 45th Street, Suite 1700B<br>New York, NY 10036<br>Telephone: 646-453-2901<br>Fax: 646-453-2908<br><br>CHRISTOPHER D. KERCHER (_pro hac vice_)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Tel 212-872-1000 |

|   |   |   |
|---|---|---|
| 1 |   | STEVEN S. KAUFHOLD |
| 2 |   | AKIN GUMP STRAUSS HAUER & FELD LLP |
|   |   | 580 California Street, 15th Floor |
| 3 |   | San Francisco, CA 94104 |
|   |   | Tel:  415-765-9500 |
| 4 |   | Fax: 415-765-9501 |
| 5 |   | **Attorneys for Defendant Stuart J. Nichols** |

DATED: December 11, 2007    **DLA PIPER US LLP**
SHIRLI FABBRI WEISS
DAVID A. PRIEBE


By: _____/s/_____
         David A. Priebe

2000 University Avenue
East Palo Alto, California 94303
Telephone: (650) 833-2056
Facsimile : (650) 833-2001

**Attorneys for Defendant Kenneth L. Schroeder**

DATED: December 11, 2007    **HELLER EHRMAN LLP**
MICHAEL J. SHEPARD
WARRINGTON S. PARKER, III


By: _____/s/_____
         Michael J. Shepard

333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

**Attorneys for Defendant Jon D. Tompkins**

STIPULATION AND [PRPD] ORDER TO TAKE
MOTION TO DISMISS OFF CALENDAR WITHOUT
PREJUDICE                                    5                          USDC Case No. C 06-4065 MJJ

# O R D E R

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:**

1. Defendants' Motions to Dismiss, currently set for hearing on December 14, 2007 at 2:30 p.m., are hereby taken off calendar, without prejudice to restoring them to the Court's calendar at a later date in the event the settlement is not concluded for any reason or is not approved by the Court.

2. The parties shall file a Stipulation of Settlement within 30 days of the date of this Stipulation, or, should the parties fail to enter a Stipulation of Settlement, shall file a joint status report with the Court regarding further action in the case.

Dated: December __12__, 2007



Hon. Martin J. Jenkins
United States District Judge