| | |
|---|---|
| 1 | SHIRLI FABBRI WEISS (Bar No. 079225) |
| | **DLA PIPER US LLP** |
| 2 | 401 B Street, Suite 1700 |
| | San Diego, CA  92101-4297 |
| 3 | Tel: (619) 699-2700 |
| | Fax:  (619) 699-2701 |
| 4 | Email:  *shirli.weiss@dlapiper.com* |
| 5 | DAVID PRIEBE (Bar No. 148679) |
| | **DLA PIPER US LLP** |
| 6 | 2000 University Avenue |
| | East Palo Alto, CA 94303-2248 |
| 7 | Tel: (650) 833-2000 |
| | Fax:  (650) 833-2001 |
| 8 | Email:  *david.priebe@dlapiper.com* |
| 9 | Attorneys for Defendant |
| | KENNETH SCHROEDER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. C 06-cv-04065-MJJ |
| | <u>CLASS ACTION</u> |
| | **RE-NOTICE OF KENNETH L. SCHROEDER'S MOTION TO DISMISS CONSOLIDATED FEDERAL SECURITIES CLASS ACTION COMPLAINT** |
| This Document Relates To: ALL ACTIONS | Date:      February 12, 2008 |
| | Time**:**    9:30 a.m. |
| | Courtroom:  11 |
| | The Honorable Martin J. Jenkins |

DLA PIPER US LLP

#7225819

SCHROEDER RE-NOTICE OF  MOTION TO DISMISS CONSOLIDATED COMPLAINT
MASTER FILE NO. C 06-cv-04065-MJJ

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that the hearing of Kenneth L. Schroeder's motion to dismiss Plaintiffs' Consolidated Federal Securities Class Complaint, previously noticed for 2:00 p.m. on September 12, 2007, in Courtroom 11 of the above-captioned Court, 450 Golden Gate Avenue, San Francisco, California; and later re-scheduled for December 14, 2007 at 9:30 a.m.; is hereby re-noticed for February 12, 2008 at 9:30 a.m., at the same Courtroom.

Respectfully submitted,

Dated: January 4, 2008          DLA PIPER US LLP


By:   /s/ David Priebe
   DAVID PRIEBE

Attorneys for Defendant KENNETH SCHROEDER