JOHN H. HEMANN (SBN 165823)
JOSEPH E. FLOREN (SBN 168292)
CHRISTOPHER J. BANKS (SBN 218779)
TERA M. HEINTZ (SBN 241414)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com
　　　　jfloren@morganlewis.com
　　　　cbanks@morganlewis.com
　　　　theintz@morganlewis.com

Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, John H. Kispert, Michael E. Marks, Dean O. Morton, Lida Urbanek and Richard P. Wallace

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE KLA-TENCOR CORPORATION SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master Case No. C 06-4065 MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF MOTION TO APPROVE SETTLEMENT AND MOTION TO DISMISS** |
|---|---|

All parties to this action, by and through their undersigned counsel of record, hereby stipulate and agree, subject to court approval, as follows:

WHEREAS, Co-Lead Plaintiffs and Defendant KLA-Tencor Corporation have reached an agreement in principle to settle all claims asserted by the plaintiff class against all defendants, subject to completion of satisfactory documentation, notice, and court approval (the "Proposed Settlement"),

WHEREAS, Co-Lead Plaintiffs and KLA-Tencor Corporation are currently negotiating the language of a binding Stipulation of Settlement and related documents for the Court's review,

STIPULATION AND [ ] ORDER
1　　　　　　　　　　　　　　　　　　　　　USDC Case No. C 06-4065 MJJ

1 | including proposed orders preliminarily and finally approving the Proposed Settlement, summary
2 | and detailed notices to settlement class members, and proof of claim forms, and anticipate they
3 | will complete these documents and file a Motion for Preliminary Approval of the Proposed
4 | Settlement, on regular notice, by no later than February 29, 2008,

WHEREAS, Defendant Kenneth L. Schroeder ("Schroeder") anticipates opposing preliminary approval or (if necessary) final approval of the Proposed Settlement and on January 4, 2008, counsel for Schroeder filed a Re-Notice of Hearing setting his Motion to Dismiss the Complaint for hearing on February 12, 2008, and

WHEREAS, all parties agree that the interests of judicial economy and preservation of the parties' resources dictate that the motion for preliminary approval of the Proposed Settlement be considered before any motions to dismiss, and that Mr. Schroeder's motion to dismiss be taken off calendar and rescheduled until after the hearing on the motion for preliminary approval of the Proposed Settlement, and that this agreement is not for purposes of delay,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, as follows:

1. Co-Lead Plaintiffs and Defendant KLA-Tencor Corporation shall file a Motion for Preliminary Approval of the Proposed Settlement on or before February 29, 2008, setting a hearing on regular notice as provided under this Court's local rules.

2. Defendant Kenneth Schroeder's Motion to Dismiss, currently set for hearing on February 12, 2008, is hereby taken off calendar, without prejudice to the re-setting of such motion to dismiss for a time after the Motion for Preliminary Approval is heard.

**IT IS SO STIPULATED.**

DATED: February 5, 2008              MORGAN, LEWIS & BOCKIUS LLP

                                     By:  /s/
                                        Joseph E. Floren

                                     **Attorneys for Defendants KLA-Tencor Corporation, Edward W. Barnholt, H. Raymond Bingham, Robert T. Bond, Richard J. Elkus, Jr., Jeffrey L. Hall, Stephen P. Kaufman, John H. Kispert, Michael E. Marks, Dean O. Morton, Lida Urbanek and Richard P. Wallace**

| | |
|---|---|
| 1 | I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that each of the 7 signatories identified below has concurred in this filing. |
| 2 | |

DATED: February 5, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
JOSEPH J. TABACCO, JR.
CHRISTOPHER T. HEFFELFINGER
NICOLE LAVALLEE
LESLEY HALE


By: _____/s/_____
    Nicole Lavallee

425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Plaintiffs' Executive Committee and Liaison Counsel**

**KOHN, SWIFT & GRAF, P.C.**
Denis F. Sheils
Joseph C. Kohn
William E. Hoese
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
Email: dsheils@kohnswift.com
Email: jkohn@kohnswift.com
Email: whoese@kohnswift.com

**BERGER & MONTAGUE, P.C.**
Sherrie R. Savett
Douglas M. Risen
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: ssavett@bm.net
Email: drisen@bm.net

**TRUJILLO RODRIGUEZ & RICHARDS LLC**
Kenneth I. Trujillo
Ira Neil Richards
Kathryn C. Harr
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044
Email: KITrujillo@trrlaw.com

| | |
|---|---|
| | Email: ira@trrlaw.com |
| | Email: kharr@trrlaw.com |
| | |
| | **Plaintiffs' Executive Committee** |
| DATED: February 6, 2008 | **ORRICK, HERRINGTON & SUTCLIFFE** |
| | WALTER F. BROWN, JR. |
| | ROBERT P. VARIAN |
| | |
| | By: ___/s/___ |
| | Robert P. Varian |
| | |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | Tel. 415-773-5700 |
| | Fax: 415-773-5759 |
| | |
| | **Attorneys for Defendant Gary Dickerson** |
| | |
| DATED: February 6, 2008 | **SHEARMAN & STERLING LLP** |
| | PATRICK D. ROBBINS |
| | JEFFREY S. FACTER |
| | MARY MOYCIK |
| | |
| | By: ___/s/___ |
| | Jeffrey S. Facter |
| | |
| | 525 Market Street, Suite 1500 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 616-1100 |
| | Facsimile: (415) 616-1199 |
| | |
| | **Attorneys for Defendant Kenneth Levy** |
| | |
| DATED: February 6, 2008 | **LAW OFFICE OF MARK A. BELNICK, LLC** |
| | MARK A. BELNICK (admitted *pro hac vice*) |
| | |
| | By: ___/s/___ |
| | Mark A. Belnick |
| | |
| | 120 West 45th Street, Suite 1700B |
| | New York, NY 10036 |
| | Telephone: 646-453-2901 |
| | Fax: 646-453-2908 |
| | |
| | CHRISTOPHER D. KERCHER (*pro hac vice*) |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | 590 Madison Avenue |
| | New York, NY 10022 |
| | Tel 212-872-1000 |

| | |
|---|---|
| | STEVEN S. KAUFHOLD<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-765-9500<br>Fax: 415-765-9501<br><br>**Attorneys for Defendant Stuart J. Nichols** |
| DATED: February 5, 2008 | **DLA PIPER US LLP**<br>SHIRLI FABBRI WEISS<br>DAVID A. PRIEBE<br><br>By: _____/s/_____<br>      David A. Priebe<br><br>2000 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 833-2056<br>Facsimile : (650) 833-2001<br><br>**Attorneys for Defendant Kenneth L. Schroeder** |
| DATED: February 6, 2008 | **HELLER EHRMAN LLP**<br>MICHAEL J. SHEPARD<br>WARRINGTON S. PARKER, III<br><br>By: _____/s/_____<br>      Michael J. Shepard<br><br>333 Bush Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-6000<br>Facsimile: (415) 772-6268<br><br>**Attorneys for Defendant Jon D. Tompkins** |

**O R D E R**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS:**

1. Co-Lead Plaintiffs and Defendant KLA-Tencor Corporation shall file a Motion for Preliminary Approval of the Proposed Settlement on or before February 29, 2008, setting a hearing on regular notice as provided under this Court's local rules.

2. Defendant Kenneth Schroeder's Motion to Dismiss, currently set for hearing on February 12, 2008, is hereby taken off calendar, without prejudice to the re-setting of such motion to dismiss for a time after the Motion for Preliminary Approval is heard.

Dated: February 13, 2008

_____
Hon. Martin J. Jenkins
United States District Judge