**DENIED**

*James Ware*
Judge James Ware

3/28/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KLA-TENCOR CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-06-03445-JW <br><br> [PROPOSED] ORDER RELATING CASES |
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION <br><br> This Relates to All Actions | Case No. C-06-04065 CRB <br><br> **CLASS ACTION** |

[C-06-003445-JW] [PROPOSED] ORDER RELATING CASES

On February 22, 2008, Police and Fire Retirement System of the City of Detroit ("PFRS"), Louisiana Municipal Police Employees' Retirement System ("MPERS") and the City of Philadelphia Board of Pensions and Retirement ("CPBPR"), the Lead Plaintiffs in the consolidated securities class action captioned *In re KLA-Tencor Corp. Sec. Litig.*, Case No. C-06-04065 (the "Securities Class Action") filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has passed.  The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS the Lead Plaintiffs in the Securities Class Action's Administrative Motion.

**IT IS SO ORDERED:**

The Court DENIES the request to relate C06-0345 In re KLA-Tencor Corp and C 06-04065 CRB In re KLA-Tencor Corp. The Court finds that the cases are NOT related. No reassignments shall occur.

Dated: March 28, 2008

*James Ware*

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE