1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | Master File No. C-06-04065-CRB |
| | CLASS ACTION |
| | **ORDER AWARDING ATTORNEYS' FEES AND EXPENSES** |
| THIS DOCUMENT RELATES ONLY TO: | |
| Case No. 06-4065 CRB<br>Case No. 06-4709 CRB<br>Case No. 06-5225 CRB | |

19
20
21
22
23
24
25
26
27
28

[C-06-04065 CRB]  ORDER AWARDING ATTORNEYS' FEES & EXPENSES

1   THIS MATTER having come before the Court on September 26, 2008 on the motion of Lead Plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.   The Court hereby awards Lead Plaintiffs' Counsel attorneys' fees in the amount of $10,688,700.00, together with interest earned thereon for the same period and at the same rate as that earned on the Settlement Fund until paid, plus reimbursement of litigation expenses incurred in the amount of $219,291.71 and also awards $6,060.00 to Lead Plaintiff Louisiana Municipal Police Employees Retirement System for reasonable costs and expenses incurred in the representation of the Class.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-the-recovery" method and that the costs and expenses were reasonably incurred in connection with the pursuit of this litigation and are reasonable in amount.

2.   The awarded attorneys' fees and expenses and interest earned thereon may be paid immediately after the date this Order is entered, subject to the terms, conditions and obligations of the Stipulation of Settlement.

3.   There is no reason for delay in the entry of this Order Awarding Attorneys' Fees and Expenses and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  September 26, 2008

/S/
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE