Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermanesq.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermanesq.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Members of Plaintiffs' Executive Committee and Liaison Counsel

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE KLA-TENCOR CORP. SECURITIES LITIGATION | MASTER FILE NO. C-06-04065 CRB <br><br> <u>CLASS ACTION</u> <br><br> [~~PROPOSED~~] ORDER RE: DISTRIBUTION OF CLASS SETTLEMENT FUND |
| THIS DOCUMENT RELATES ONLY TO: <br><br> Case No. 06-4065 CRB <br> Case No. 06-4709 MHP <br> Case No. 06-5225 WHA | Date:  NONE REQUESTED <br> Time:  NONE REQUESTED <br> Ctrm:  8 <br> Honorable Charles R. Breyer |

WHEREAS, on September 26, 2008, this Court entered a Final Judgment and Order approving the terms of the Stipulation of Settlement dated May 2008 ("Stipulation"), which included a Plan of Allocation;

WHEREAS this Court has directed the parties to consummate the terms of the Stipulation and the Plan of Allocation;

WHEREAS this Court has retained jurisdiction of the above-captioned action ("Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the processing of Proofs of Claim ("Proofs of Claim") and the distribution of the Net Class Settlement Fund, defined below, to the Authorized Claimants.

NOW, THEREFORE, upon reading and filing the Declaration of Michael T. Bancroft in Support of Application for Distribution of Class Settlement Funds ("Bancroft Declaration"), the Claims Administrator, and the accompanying memorandum of law, and upon all prior proceedings herein and after due deliberation, it is hereby:

**ORDERED** that the administrative determinations of Heffler, Radetich & Saitta L.L.P. (the "Claims Administrator") accepting the claims as indicated on the computer printout of accepted claims received through and including March 12, 2010, submitted with and attached as Exhibit C to the Bancroft Declaration, be and the same hereby are approved, and said claims are hereby accepted; and it is further

**ORDERED** that the administrative determinations of the Claims Administrator rejecting the claims as indicated on the computer printout of rejected claims submitted with and attached as Exhibit D to the Bancroft Declaration be and the same hereby are approved, and said claims are hereby rejected; and it is further

**ORDERED** that the Claims Administrator be paid the additional sum of $637,318.68 from the Settlement Fund and the interest accrued thereon for the balance of its fees and expenses incurred and to be incurred in connection with the services performed and to be performed in giving Class Notice, preparing tax returns for the Settlement Fund, processing the Proofs of Claim and administering and distributing the balance of the Settlement Fund and

1   interest accrued thereon after deducting the payments previously allowed and set forth herein
2   plus any taxes owed ("Net Class Settlement Fund"); and it is further

3   **ORDERED** that, at the direction of Lead Counsel, the balance of the Net Class
4   Settlement Fund shall be distributed to the eligible claimants listed on the computer printout
5   submitted with the Bancroft Declaration in proportion to the Recognized Claim allocated to
6   each such eligible claimant as shown on such printout; and it is further

7   **ORDERED** that, as provided in the Stipulation, if, after distribution of the Net Class
8   Settlement Fund, there is a balance remaining, which Lead Plaintiffs' Counsel determines is too
9   small to distribute to the Settlement Class, Lead Plaintiffs' Counsel shall file an application
10  seeking an order to donate the remaining funds to an appropriate 501(c)(3) charitable
11  organization selected by Lead Plaintiffs, through their Counsel, and agreed to by KLA; and it is
12  further

13  **ORDERED** that all persons involved in the review, verification, calculation, tabulation,
14  or any other aspect of the processing of the claims submitted herein, or otherwise involved in
15  the administration or taxation of the Settlement Fund or the Net Class Settlement Fund are
16  released and discharged from any and all claims arising out of such involvement, and all Class
17  Members, whether or not they are to receive payment from the Net Class Settlement Fund, are
18  barred from making any further claim against the Net Class Settlement Fund or the released
19  persons beyond the amount allocated to them pursuant to this Order; and it is further

20  **ORDERED** that no claim received after March 12, 2010 may be accepted for any reason
21  whatsoever; and it is further

22  **ORDERED** that this Court retain jurisdiction over any further application or matter
23  which may arise in connection with this Action.

25  Dated:  _March 31_ , 2010

    THE HONORABLE CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE



[C-06-04065 CRB] [Proposed] Order Re Distribution Of Class Settlement Fund                    2